United States of America,

                Plaintiff,

vs.                               Case Number: 17-CR-103-JED

Blake Brian Ferguson,              Date: 11-6-2017
                Defendant.     Court Time: 10:30 a.m.
                                  Actual Court Time: 10:32 a.m. to 11:25 a.m.

## MINUTE SHEET - CHANGE of PLEA

John E. Dowdell, U.S. District Judge        L. Lyles, Deputy Clerk        Terri Beeler, Reporter
                                                                                                   McClayn Gullekson, USPO

Counsel for Plaintiff: Kevin Leitch

Counsel for Defendant: Allen Smallwood , Ret.

Age of Defendant: 36          Interpreter:  N/A                       ; [] sworn

Defendant appears in person: [x] with Counsel;   [] Counsel waived;   [] w/o Counsel;        Defendant:  [x] Sworn;

Defendant's name as reflected in the Information;

        [x] Verified in open court as the true and correct legal name

        [] Corrected by interlineation to_____

          to reflect Defendant's true and correct legal name and all previous filings are amended by interlineation to reflect same.

        [] Unable to verify in open court as the true and correct legal name: [] U.S. Attorney; [] Deft's Attorney to verify and advise court;

[x] Defendant acknowledges receipt of Information

Defendant waives:  [] Indictment;   [x] Jury Trial;   [] Speedy Trial;   [] 30 Days Preparation;   [] Separate Representation;

                [x] Waivers approved by Court;

Defendant advised of: [x] charge and   [] arraigned;   Information: [] Read   [x] Reading waived

[x] Defendant relates facts of charge

[x] Defendant withdraws not guilty pleas as to Counts 1-3 of the Information and Defendant enters guilty pleas as to those counts

[] Remaining Count to be dismissed at sentencing: N/A

[x] Petition to enter plea of Guilty sworn and executed

[x] Findings re: Plea Agreement made;   [] Findings re: Plea Agreement reserved

[x] Defendant adjudged guilty as charged as to Counts 1-4 of the Information

[x] Petition   [x] and Plea Agreement approved and filed in open Court   [x] PSI ordered

[x] SENTENCING SET   2-6-2018  at 10:00 a.m.

[x] Defendant allowed to stand on present bond;   [x] Government stipulates, findings made

[] Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____

_____

_____