IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
vs. ) Case No. 17-CR-103-JED
)
BLAKE BRIAN FERGUSON, )
)
    Defendant. )

**NO OBJECTION TO PRESENTENCE INVESTIGATION REPORT**

Allen M. Smallwood, counsel for the above-named defendant, acknowledges receipt of the presentence investigation report in this matter and has no objections to the findings and conclusions contained in that report.

    s/ Allen M. Smallwood
    ALLEN M. SMALLWOOD    OBA #8308
    Attorney for Defendant
      BLAKE BRIAN FERGUSON
    1310 South Denver Avenue
    Tulsa, Oklahoma 74119-3041
    (918) 582-1993    (918) 582-1991 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March, 2019, a true and correct copy of the above and foregoing was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a notice of electronic filing to the following ECF registrants:

Catherine J. Depew
Assistant United States Attorney
catherine.depew@usdoj.gov

Kevin Chambers Leitch
Assistant United States Attorney
kevin.leitch@usdoj.gov

And By E-Mail To:
McClayn Gullekson
United States Probation Officer
McClayn_Gullekson@oknd.uscourts.gov

    s/ Allen M. Smallwood
    ALLEN M. SMALLWOOD